UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATHANIEL J. SMITH,

    Plaintiff,

v.

LILLIAN OVERALL and C. SCHULZE,

    Defendants.

Case No. 17-cv-604-JPG-GCS

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count 1, an Eighth Amendment deliberate indifference claim, in favor of defendant Lillian Overall and against plaintiff Nathaniel J. Smith, and that Count 1 is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that Count 1 against defendant C. Schulze is dismissed without prejudice

IT IS FURTHER ORDERED AND ADJUDGED that Count 2, a Fourteenth Amendment due process claim, against defendants Lillian Overall and C. Schulze is dismissed with prejudice.

**DATED:** August 20, 2019

        **MARGARET M. ROBERTIE, Clerk of Court**

        **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**